**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

MAXBOOZ HOMIDAS,

Plaintiff,

Civil No. 02-cv-60 RHK/AJB

v.

**ORDER ON DEFENDANT'S MOTION TO COMPEL**

VITRAN EXPRESS, INC.,

Defendants.

---

The above matter came before the Court on Defendant's Motion to Compel. [Docket No. 8]. A hearing was held on January 23, 2003, at the U. S. Courthouse, 316 Robert St., St. Paul, Minnesota. J. Matthew Berner, Esq., appeared on behalf of Defendant Vitran Express, and Scott K. Goldsmith, Esq., appeared on behalf of Plaintiff Maxbooz Homidas. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Compel is **granted**, as provided herein. [Docket No. 8].
2. Plaintiff has waived the right to object to any of Plaintiff's discovery requests.
3. Plaintiff shall provide Defendant with its Rule 26(f) disclosures within 15 days of this Order.
4. Plaintiff shall answer Defendant's Interrogatories to Plaintiff (Set I) within 15 days of this Order.
5. Plaintiff shall provide the documents from Defendant's Request for Production to Plaintiff (Set I) within 15 days of this Order.

FILED JAN 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

6. Plaintiff shall sign the medical, employment, tax and academic authorizations provided by Defendant with its Request for Authorizations within 15 days of this Order.

7. Plaintiff shall make himself available to be deposed by Defendant.

8. Plaintiff shall pay Defendant $500 in attorney's fees, pursuant to Federal Rule of Civil Procedure 37.

Dated: January 23, 2003

Arthur J. Boylan
United States Magistrate Judge