UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Maxbooz Homidas,

Plaintiff,

v.

Vitran Express, Inc.,

Defendant.

Court File No.: 02-CV-60 (RHK/AJB)

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between the parties hereto through their respective counsel that the above-entitled action, and all claims asserted and that could have been asserted herein, may be and the same hereby are, dismissed with prejudice and on the merits, but without further cost to either party.

It is further stipulated and agreed that any party, without notice to the others, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 11 MARCH 03

Scott K. Goldsmith (#35956)
GOLDSMITH & ASSOCIATES, LTD.
P.O. Box 103
265 N. Old Crystal Bay Road
Long Lake, Minnesota 55356
(612) 340-9500
***Attorneys for Plaintiff***

FILED MAR 13 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 13 2003
DEPUTY CLERK

Dated: 3/12/03

Kerry L. Middleton (#26622X)
J. Matthew Berner (#0293167)
**FAFINSKI MARK & JOHNSON, P.A.**
Flagship Corporate Center
775 Prairie Center Drive, Ste. 400
Eden Prairie, MN 55344
(952) 995-9500
***Attorneys for Defendant***

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the Stipulation for Dismissal With Prejudice entered into and filed by the parties, and all of the files, records and proceedings herein;

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed with prejudice and on the merits without costs to either party.

***LET JUDGMENT BE ENTERED ACCORDINGLY.***

Dated: 3/13/03

The Honorable Richard H. Kyle
Judge, United States District Court